UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VINCENT BELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RONALD RACKLEY,<br><br>　　　　　Respondent. | No.  2:16-cv-1436-JAM-EFB P<br><br><br>ORDER |

　　　Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 23, 2017, petitioner requested a thirty-day extension of time to file his objections to the February 10, 2017 findings and recommendations

　　　Good cause appearing, it is ORDERED that petitioner's request (ECF No. 17) is granted and petitioner shall file his objections by March 23, 2017.

Dated:  February 28, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE